**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jay Bonanza BRILEY, Defendant–
Appellant.**

No. 15–7521.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Jay Bonanza Briley, Appellant Pro Se.
Kellen Sean Dwyer, Rosie Haney, David
Sang Hak Lee, Office of the United States
Attorney, Alexandria, Virginia, for Appellee.

Before AGEE, WYNN, and FLOYD,
Circuit Judges.

Affirmed in part, dismissed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jay Bonanza Briley seeks to appeal the
district court's order denying relief on his
Fed.R.Crim.P. 33 motion for a new trial
and denying relief on his 28 U.S.C. § 2255
(2012) motion, as well as denying his motion for reconsideration. We grant Briley's motions for leave to file an addendum
to his informal brief, for an extension of
time to file a reply brief, and to add a
supplement to his reply. We affirm in
part and dismiss in part.

With regard to Briley's appeal of the
district court's denial of his motion for a
new trial, we have reviewed the record and
find no reversible error. Accordingly,
while we grant leave to proceed in forma
pauperis, we affirm for the reasons stated
by the district court. *See United States v.
Briley*, No. 1:12–cr–00482–LO–1 (E.D.Va.
filed July 22, 2015; entered July 23, 2015
and Sept. 14, 2015).

Turning to the denial of § 2255 relief,
the order is not appealable unless a circuit
justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell*, 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Briley has not
made the requisite showing. Accordingly,
we deny Briley's motions for appointment
of counsel and for summary judgment,
deny a certificate of appealability, and dismiss this portion of the appeal. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*